**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00353-CV

————————————

## IN RE R.G.F. AND J.L.F., RELATORS

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, parents of the children involved in this suit, have filed a petition for writ of mandamus requesting that this Court vacate the trial court's Temporary Order following Full Adversary Hearing signed by the trial court on March 25, 2024.[1]

---

[1] The underlying case is *In re R.G.F. and J.L.F.*, cause number 127366-F, pending in the 300th District Court of Brazoria County, Texas, the Honorable Leigh Hughes Lehmann, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.